**Opinion issued November 3, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00834-CV

———————————

## IN RE THE GULF COAST CENTER, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator, The Gulf Coast Center, has filed a petition for writ of mandamus and a motion for emergency relief challenging the trial court's denial of an agreed motion for continuance of trial.[1] We deny the petition and dismiss the motion for emergency relief as moot.

---

[1]    The underlying case is *Daniel Curry, Jr. v. The Gulf Coast Center*, cause number 16-CV-0781, pending in the 56th District Court of Galveston County, Texas, the Honorable Lonnie Cox presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Bland.